■ WILLIAM G. COWLES, Appellant, v. PFEIFFER GLASS, INC., Respondent. — Judgment unanimously affirmed, without costs of this appeal to either party. Memorandum: In our view the record also conclusively establishes that the parties never intended that plaintiff should receive commissions on sales by defendant to the United States Government. (Appeal from judgment of Monroe Trial Term, dismissing the complaint in an action to recover commissions.) Present — Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.